The judgment is reversed, and the cause remanded.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

**ROYAL v. STATE. (No. 12303.)**

Court of Criminal Appeals of Texas. Dec. 12, 1928.

A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for passing a forged instrument; punishment is two years in the penitentiary.

The record is before us without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.